**John LOBONTIU v. John R. NORTHRUP, Immigration Commissioner.**

**No. 5902.**

Circuit Court of Appeals, Sixth Circuit.

June 13, 1931.

Stanton & Connell and Victor M. Todia, all of Cleveland, Ohio, for appellant.

W. J. Mahon, U. S. Atty., of Cleveland, Ohio, for appellee.

PER CURIAM.

Judgment of District Court affirmed upon authority of Phillippides v. Day, 283 U. S. 48, 51 S. Ct. 358, 75 L. Ed. 833, decided by Supreme Court on March 23, 1931.